No. 99–6713. BULGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6714. BARNES v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–6718. BEWS v. MORGAN, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 99–6719. RECLUSADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6721. BRIDGEFORTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6722. BROOKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6726. WOODS v. HENDERSON, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied.

No. 99–6728. OSBORNE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6733. CADIAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6734. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6736. ZUKOWSKI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6739. TILMON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6740. MANDINA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–6742. JACKO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6744. DE AZA-PAEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.